**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 142 WAL 2022
                                            :
             Respondent                 :
                                            :   Petition for Allowance of Appeal
                                            :   from the Order of the Superior Court
             v.                              :
                                            :
                                            :
ANTWON MONTRELL BREWER,           :
                                            :
             Petitioner                   :

## ORDER

**PER CURIAM**

       **AND NOW**, this 23rd day of August, 2022, the Petition for Allowance of Appeal is **DENIED**.